**Jermaura WRIGHT, a.k.a. Jermaura Paige Wright, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Commissioner of Social Security, Defendant–Appellee.**

**No. 14-56782**

United States Court of Appeals, Ninth Circuit.

Submitted July 26, 2016 *

Filed August 04, 2016

Jermaura Wright, Pro Se

*See* Fed. R. App. P. 34(a)(2).

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

Shea Lita Bond, Special Assistant U.S. Attorney, Sharon Lahey, Assistant Regional Counsel, San Francisco, CA, for Defendant–Appellee

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

## MEMORANDUM [**]

Jermaura Wright appeals pro se from the district court's judgment reversing the Administrative Law Judge's ("ALJ") decision affirming the suspension and termination of her Supplemental Security Income under Title XVI of the Social Security Act. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the district court's decision to remand for further administrative proceedings, *Harman v. Apfel*, 211 F.3d 1172, 1173 (9th Cir. 2000), and we affirm.

The district court did not abuse its discretion in remanding the action for further administrative proceedings because "there is conflicting evidence, and not all essential factual issues have been resolved[.]" *Treichler v. Comm'r, Soc. Sec. Admin.*, 775 F.3d 1090, 1101 (9th Cir. 2014) (explaining when remand for further administrative proceedings is appropriate).

All pending motions and requests are denied.

**AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).